433 A.2d 126

Commonwealth v. Collins, Appellant.

Submitted June 13, 1980.   Robert S. Esposito, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The order of the lower court is hereby affirmed.